UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JASMINE ROBERTSON                               :

            Plaintiff,                :       ORDER

   -v.-                                            :
                                                          23 Civ. 5112 (JMF)(GWG)
BOB MACKIE DESIGN GROUP, LTD.,                  :

           Defendants.               :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It has been reported that the mediation program has terminated this case. The parties are reminded that they are required to file a new proposed scheduling order by December 6, 2023. If the case has settled, the parties may instead file a letter so indicating.

      SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                                             GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge