UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2024

JASMINE ROBERTSON, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

BOB MACKIE DESIGN GROUP, LTD.,

        Defendant.

23-CV-05112 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On December 8, 2023, Magistrate Judge Gorenstein issued a scheduling order, directing that the close of all discovery shall be June 6, 2024, and that the parties shall also inform each other of any intention to file a summary judgment motion on that same day. Dkt. No. 23.

    It is hereby ORDERED that, also on **June 6, 2024**, the parties shall file a joint letter, informing the Court as to any party's intention to file a summary judgment motion, as well as the status of any settlement discussions to date.

Dated: May 21, 2024
       New York, New York

                      SO ORDERED.

                      _____
                      MARGARET M. GARNETT
                      United States District Judge